IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02026-RPM-KLM

BOND SAFEGUARD INSURANCE COMPANY,

    Plaintiff,

v.

CONTINENTAL DIVISIONS, LLC,
PRIMERO RANCH COMPANY,
THE PEARL E. ARNOLD TRUST, and
STEVE N. ARNOLD,

    Defendants.

_____

## ORDER FOR ENTRY OF DEFAULT JUDGMENT
_____

Pursuant to the Recommendation of United Sates Magistrate Judge Kristen L. Mix, filed November 27, 2012, with no objection having been filed, it is now

ORDERED that the Clerk shall enter judgment by default in favor of the plaintiff Bond Safeguard Insurance Company and against the defendants Continental Divisions, LLC; Primero Ranch Company; The Pearl E. Arnold Trust, and Steve N. Arnold, jointly and severally, in the amount of $294,229.47, post-judgment interest at the rate of .15% per annum and costs to be taxed.

DATED:   February 1, 2013

                          BY THE COURT:

                          s/Richard P. Matsch
                          _____
                          Richard P. Matsch, Senior District Judge